IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY FREEMAN, : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | |
| : | NO. 16-2610 |
| NANCY A. BERRYHILL, : | |
| Acting Commissioner of : | |
| Social Security, : | |
| Defendant. : | |

**ORDER**

FILED
APR 10 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

JEFFREY L. SCHMEHL, J.,

AND NOW, this 10th day of APRIL, 2017, upon consideration of the Plaintiff's Request for Review and the Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED. WITH NO OBJECTIONS.

2. The Plaintiff's Request for Review is GRANTED IN PART, and the matter is REMANDED for further review consistent with the Report and Recommendation.

3. The Clerk is DIRECTED to mark this case closed.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.